IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

M.D., a minor child proceeding through )
MELODY SHULER as parent and )
next friend, )
)
           Plaintiff, )
)
v. )   Civil Action No. 3:13CV329–HEH
)
SCHOOL BOARD OF THE CITY OF )
RICHMOND, et al., )
)
           Defendants. )

**ORDER**
**(Denying Motion for Reconsideration)**

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration to Reinstate the Complaint (ECF No. 5), which asks the Court to reconsider its Order dismissing this matter. Plaintiff essentially argues that the Court's decision was erroneous. The Court construes the motion as one made pursuant to Fed. R. Civ. P. 60(b)(6), which would allow the Court to set aside its decision for "any [] reason that justifies relief." The Court hereby DENIES the Motion, however, because it is essentially "a request that the district court change its mind," which "is not authorized by Rule 60(b)." *United States v. Williams*, 674 F.2d 310, 313 (4th Cir. 1982). Moreover, "reconsideration of a judgment after its entry is an extraordinary remedy which should be used sparingly." *Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co.*, 148 F.3d 396, 403 (4th Cir. 1998) (citations and internal quotation marks omitted). For these reasons, the Court finds no reason to disturb its prior ruling.

Should Plaintiff wish to appeal this Order, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to Plaintiff, who is *pro se*.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: June 14, 2013
Richmond, Virginia

2