IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED
2013 JUN 26  P 2:09
CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

M.D., a minor child proceeding through
MELODIE SHULER as parent and
next of friend

Plaintiff,

v.                                                    Civil Action No: 3:13CV329 - HEH

SCHOOL BOARD OF THE CITY OF
RICHMOND, et. al.

Defendants.

## NOTICE OF APPEAL

Notice is hereby given that M.D., a minor child proceeding through Melodie Shuler as parent and next of friend, appeals to the United States Court of Appeals for the Fourth Circuit from the Orders (docket entries 3,6) entered in this action on the days of May 31, 2013 and June 14, 2013.

_____
Pro Se Appellant
(Melodie V. Shuler as parent and
next friend of M.D., a minor child)
2447 Drake Street
Richmond, VA  23234
melodieshuler@yahoo.com
804-253-2892